IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17-CR-134 |
| vs. | ORDER |
| JALLANA LEMUZ, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion to Dismiss Indictment (filing 42). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment, without prejudice, as it relates to the above-captioned defendant.

IT IS ORDERED:

1. The plaintiff's Motion to Dismiss Indictment (filing 42) is granted.

2. The indictment is dismissed without prejudice.

Dated this 30th day of October, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge